■ MANUEL A. CASTELLON, Respondent, v ANIBAL O. ORTEZ et al., Appellants. [747 NYS2d 387]

In opposition to the defendant's prima facie showing of entitlement to judgment as a matter or law, the plaintiff met his burden of demonstrating the existence of a triable issue of fact with respect to whether he sustained a serious injury within the meaning of Insurance Law § 5102 (d) (*see Stark v Amadio,* 239 AD2d 569; *Rut v Grigonis,* 214 AD2d 721; *Toure v Avis Rent A Car Sys.,* 98 NY2d 345). Santucci, J.P., Smith, Goldstein, H. Miller and Mastro, JJ., concur.